Aileen M. Hunter, California Bar No. 253162
aileen.hunter@bclplaw.com
Traci G. Choi, California Bar No. 307245
traci.choi@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Plaintiff
CHARTWELL STAFFING SERVICES INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHARTWELL STAFFING SERVICES INC, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC SOLUTIONS GROUP INC., a Delaware corporation, doing business as EMPIRE WORKFORCE SOLUTIONS; ADAM KIDAN, an individual; TONY ALANIS, an individual; ROSA BENAVIDES, an individual; KEVIN CASE, an individual; CATHY CLARK, an individual; MARLENE CORNEJO, an individual; JAMIE DIAZ, an individual; DENISE GONZALES, an individual; PATRICIA HANKS, an individual; IVETTELIS NIEVES, an individual; NICK REBULTAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CHARTWELL STAFFING SERVICES INC** |

CORPORATE DISCLOSURE STATEMENT

USA01\12596304

**TO THE UNITED STATES DISTRICT COURT, FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

In accordance with Federal Rule of Civil Procedure 7, Plaintiff Chartwell Staffing Services Inc submits its corporate disclosure statement.

Chartwell Staffing Services Inc, a New York corporation, is not a publicly traded corporation, has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated: April 4, 2019

Aileen M. Hunter
Traci G. Choi
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Traci G. Choi*
    Traci G. Choi
Attorneys for Plaintiff
CHARTWELL STAFFING SERVICES INC