Alexander L. Conti, California Bar No. 155945
aconti@conti-law.com
**CONTI LAW**
23 Corporate Plaza Drive, Suite 150
Newport Beach, California  92660
Telephone:  (949) 791-8555
Facsimile:   (949) 791-8556

Attorneys for Plaintiff
CHARTWELL STAFFING SERVICES INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHARTWELL STAFFING SERVICES INC, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC SOLUTIONS GROUP INC., a Delaware corporation, doing business as EMPIRE WORKFORCE SOLUTIONS; ADAM KIDAN, an individual; TONY ALANIS, an individual; ROSA BENAVIDES, an individual; MARLENE CORNEJO, an individual; JAMIE DIAZ, an individual; DENISE GONZALES, an individual; PATRICIA HANKS, an individual; NICK REBULTAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00642 JLS (JDEx)<br><br>(Related Case: 8:19-cv-00639)<br><br>Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 15, 2020        **CONTI LAW**

By: /s/ Alexander L. Conti
Alexander L. Conti
Attorneys for Plaintiff
CHARTWELL STAFFING SERVICES INC.

Dated: May 15, 2020        **AFFELD GRIVAKES LLP**

By: /s/ Damion Robinson
Damion Robinson
Attorneys for Defendants
ATLANTIC SOLUTIONS GROUP INC., DOING BUSINESS AS EMPIRE WORKFORCE SOLUTIONS, ADAM KIDAN, TONY ALANIS, ROSA BENAVIDES, MARLENE CORNEJO, JAMIE DIAZ, DENISE GONZALES, PATRICIA HANKS, AND NICK REBULTAN

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 (2)(i), regarding signatures, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 15, 2020        /s/ Alexander L. Conti
Alexander L. Conti